**Noah CROOKS, Collector, etc., Appellant, v. JOPLIN ICE CO.**

No. 9540.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1932.

William L. Vandeventer, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

Lang & Lang, of Joplin, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and consent of appellee.

---

**Robert CRYSTAL, Appellant, v. UNITED STATES, Appellee.**

No. 4834.

Circuit Court of Appeals, Third Circuit.

June 24, 1932.

Max V. Schoonmaker and Ralph P. Tannehill, both of Pittsburgh, Pa., for appellant.

Louis E. Graham, U. S. Atty., and James H. Dilley, Asst. U. S. Atty., both of Pittsburgh, Pa.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

The only question in this case is whether the evidence was such that the trial judge properly refused to give binding instructions in favor of the defendant. The proofs have been carefully considered by each member of this court and discussed jointly, with the result that this court is satisfied no error was committed. Accordingly, the judgment is affirmed.

---

**Bartle DALY, Libelant-Appellee, v. THE Steam Tug OVERBROOK, Her Engines, etc., Pennsylvania Railroad Company, Claimant-Appellee, THE Steam Tug PANTHER, Her Engines, etc., Fred B. Dalzell, Claimant-Appellant.**

No. 435.

Circuit Court of Appeals, Second Circuit.

June 6, 1932.

Thomas A. McDonald, of New York City, for libelant.

Park, Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., and Charles W. Hagen, both of New York City, of counsel), for The Panther.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Paul Tison, both of New York City, of counsel), for The Overbrook.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**J. K. DAVIDSON et al. v. BOARD OF COUNTY COMMISSIONERS OF the COUNTY OF WYANDOTTE, State of KANSAS.**

No. 539.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1932.

Harding, Murphy & Tucker, of Kansas City, Mo., for appellants.

Roland Boynton, Atty. Gen., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.